# Louisville & Nashville Railroad Co. v. Fowler.

APPEAL from the Escambia Circuit Court.

Tried before the Hon. WILLIAM S. ANDERSON.

THOMAS G. & CHARLES P. JONES, for appellant.

J. M. RABB, for appellee.

·This was an action brought ·by the appellee, J. M. Fowler, against the Louisville & Nashville Railroad Company, to recover damages for the alleged negligent killing of a cow. From a judgment in favor of the plaintiff; the ·defendant appeals.

The· judgment is affirmed on the authority of the *Louisville & Nashville R. R. Co. v. Solomon, ante,* p. 189.

Opinion by SHARPE, J.